IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY BRAMAN,

    Plaintiff,                      No. CIV S-06-1768 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 10, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 12, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 11/2/06

                                                              /s/ Gregory G. Hollows

                                                              GREGORY G. HOLLOWS
                                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb
bram1768.36