IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY BRAMAN,

      Plaintiff,                    No. CIV S-06-1768 DFL GGH P

    vs.

BILL LOCKYER, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On November 20, 2006, plaintiff filed a request to voluntarily dismiss this action. On December 28, 2006, defendants filed a statement of non-opposition. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 1/8/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

bram1768.59a